984

No. 904, Misc. SCHACK *v.* BOGART, CLERK, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1358. UNITED STATES *v.* LAUB ET AL. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted. Case is set for oral argument immediately following No. 963. *Solicitor General Marshall* and *Assistant Attorney General Yeagley* for the United States. *Leonard B. Boudin* and *Victor Rabinowitz* for appellee Laub et al.

No. 1301. FEDERAL POWER COMMISSION *v.* UNITED GAS PIPE LINE CO. ET AL.; and

No. 1302. MEMPHIS LIGHT, GAS AND WATER DIVISION *v.* UNITED GAS PIPE LINE CO. ET AL. C. A. 5th Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions. *Solicitor General Marshall, Ralph S. Spritzer, Richard A. Posner, Richard A. Solomon* and *Howard E. Wahrenbrock* for petitioner in No. 1301. *Reuben Goldberg* and *George E. Morrow* for petitioner in No. 1302. *Thomas Fletcher* for respondent United Gas Pipe Line Co., and *Clarence H. Ross* and *Joseph F. Weiler* for respondent Texas Eastern Transmission Corp. et al., in both cases. Reported below: 357 F. 2d 230.

No. 1100, Misc. NOWAKOWSKI *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket.